IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION NO. 1:25-cr-00272-SEG-RDC-1 |
| KHADIJAH SOLOMON, | |
| Defendant. | |

**ORDER**

Counsel for the Defendant has waived the Pretrial Conference scheduled in this case. No motions were filed. There are no other pending matters before the undersigned to prevent the scheduling of this case for a change of plea hearing or trial.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, **CERTIFIED READY FOR TRIAL**.

**IT IS SO ORDERED** this 18th day of September, 2025.

_____
REGINA D. CANNON
United States Magistrate Judge